IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.S. BY HER P/N/G, | : | |
| KAREN THOMAS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-6265 |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social | : | |
| Security, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this __19th__ day of September, 2017, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 9), Defendant's Response to Request for Review of Plaintiff (Doc. 12), Plaintiff's Reply Brief (Doc. 13), and the Report and Recommendation of Chief United States Magistrate Judge Linda K. Caracappa (Doc. 15), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Plaintiff's Request for Review is **DENIED**; and
3. Judgment is entered affirming the decision of the Acting Commissioner of Social Security.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**